No. 99–5729.  KUPLEN *v.* ARNOLD, CHIEF JUDGE, ET AL.  Sup. Ct. N. C.  Certiorari denied.

No. 99–5860.  GILBERT *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 99–5862.  HOWLAND *v.* CORNYN, ATTORNEY GENERAL OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 99–5863.  HOARD *v.* REDDY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–5865.  CARTER *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–5869.  FORDJOUR *v.* BUDOFF, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 99–5870.  HINSON *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 99–5872.  GEE *v.* OREGON.  Ct. App. Ore.  Certiorari denied.

No. 99–5877.  HANSBROUGH *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–5880.  O'BRIEN *v.* LECUREUX, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–5885.  CHANDLER *v.* CASE WESTERN RESERVE UNIVERSITY.  C. A. 6th Cir.  Certiorari denied.

No. 99–5887.  POTTS *v.* MCDONALD.  C. A. 5th Cir.  Certiorari denied.

No. 99–5892.  YOUNG *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 99–5894.  SETSER *v.* LUCERO, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.